IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT SCOTT PHILPOTT                                                PLAINTIFF

v.                          Case No. 08-2004

THE UNITED STATES OF AMERICA;
FEDERAL BUREAU OF INVESTIGATION (FBI);
FBI AGENT ED GRAY; THE CITY OF FORT
SMITH; THE FORT SMITH POLICE DEPARTMENT;
WAYNE BARNETT, Fort Smith Police Department;
DOMINIC DAVID, Fort Smith Police Department;
OFFICER ROGERS, Fort Smith Police Department;
SGT. STRAYBARRY, Fort Smith Police Department
and CAPTAIN HANEY, Fort Smith Police Department        DEFENDANTS

## **ORDER**

Now on this 14th day of May 2008, there comes on for consideration the report and recommendation filed herein on May 5, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 10). Plaintiff has filed written objections to the report and recommendation.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's claims are DISMISSED on the grounds that the claims are frivolous, fail to state claims upon which relief may be granted, and the defendants are immune from suit.  *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time).

**AO72A**
**(Rev. 8/82)**

```
     IT IS SO ORDERED.


                                    /s/  Robert  T.  Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge
```